IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. THOMAS,

      Plaintiff,                    No. CIV S-07-1249 GEB KJM P

   vs.

J. NEVES, et al.,

      Defendants.          ORDER

                            /

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed November 11, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

         The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claims against defendants Stahl, Torruella, Stevenson, Brozdounoff, Holloway and Gangi. With respect to the other claims and defendants identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which relief can be granted. Therefore, the court will order service of process only upon those defendants identified above.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:  Stahl, Torruella, Stevenson, Brozdounoff, Holloway and Gangi.

2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed December 14, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Seven copies of the endorsed amended complaint filed December 14, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  April 14, 2008.

_____
U.S. MAGISTRATE JUDGE

1
thom1249.1(12.14.07)

2

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. THOMAS,

      Plaintiff,                                  No. CIV-S-07-1249 GEB KJM P

      vs.

J. NEVES, et al.,                           <u>NOTICE OF SUBMISSION</u>

      Defendants.                          <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                                     Amended Complaint

DATED:

                                              _____
                                              Plaintiff