IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY R. THOMAS,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**J. NEVES, et al.,**<br><br>                                    Defendants. | CASE NO.: 2:07-CV-01249 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On July 1, 2008, Defendants filed a request for extension of time to file their responsive pleading (docket no. 14), explaining that all documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including August 6, 2008, in which to file their responsive pleading.

DATED: July 8, 2008.

_____
U.S. MAGISTRATE JUDGE