# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GARY R. THOMAS,

        Plaintiff,                No. 2:07-CV-01249-RLH-VPC

  vs.

J. TORRUELLA, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Gary R. Thomas, inmate # V-39320, a necessary and material witness in proceedings in this case on March 5, 2009, is confined in the California State Prison - Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA 95696 in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear telephonically at the California State Prison - Solano, on Thursday, March 26, 2009 at 9:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison - Solano, 2100 Peabody Road P.O. Box 4000, Vacaville, CA 95696:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 5, 2009

                                                      */s/ Valerie P. Cooke*
                                                      _____
                                                      VALERIE P. COOKE
                                                      UNITED STATES MAGISTRATE JUDGE