## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

GARY R. THOMAS,

        Plaintiff,                    No. 2:07-CV-01249-RLH-VPC

vs.

J. NEVES, et al.,

        Defendants.              **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      GARY R. THOMAS, inmate #V-39320, a necessary and material witness in proceedings in this case on January 15, 2010, is confined in California State Prison - Corcoran, P.O. Box 3481, Corcoran, CA 93212-3481, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear by video-conferencing at California State Prison - Corcoran, on **Monday, February 22, 2010** at **10:00 a.m.**

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison - Corcoran, P.O. Box 3481, Corcoran, CA 93212-3481:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 15, 2010

*Valerie P. Cooke*
_____
UNITED STATES MAGISTRATE JUDGE