UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GARY R. THOMAS, ) | CASE NO. 2:07-CV-01249-RLH-VPC |
| ) | |
| Plaintiff(s), ) | MINUTES OF PROCEEDINGS |
| ) | |
| vs. ) | DATE:  February 22, 2010 |
| ) | |
| J. NEVES, et al., ) | |
| ) | |
| Defendant(s), ) | |
| ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk:  Lisa Mann          Court Reporter:  None appearing

Counsel for Plaintiff(s):  Gary Thomas

Counsel for Defendant(s):  Phillip Arthur

PROCEEDINGS: VIDEO SETTLEMENT CONFERENCE

10:00 a.m.  Court convenes.

    The Court and the parties confer privately.  The Court addresses the parties regarding the facts and merits of this action.  The parties recite the facts and merits of their respective cases.

    The parties advise the Court they have not been able to negotiate settlement at this time.

11:50 a.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Lisa Mann, Deputy Clerk