# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GARY R. THOMAS,

        Plaintiff,                  2:07-cv-1249-RLH-VPC

    vs.

J. NEVES, *et al.,*

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

        GARY R. THOMAS, inmate # # V-39320, a necessary and material witness in proceedings in this case on June 16, 2010, is confined in CORCORAN STATE PRISON, P.O. Box 8800, 4001 King Ave., Corcoran, CA 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Roger L. Hunt, to appear by telephonic-conferencing at CORCORAN STATE PRISON on JUNE 16, 2010 at 8:45 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden,** CORCORAN STATE PRISON, P.O. Box 8800, 4001 King Ave., Corcoran, CA 93212**:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 14, 2010

                                                _____
                                                ROGER L. HUNT
                                                CHIEF U.S. DISTRICT JUDGE