UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

| | |
|---|---|
| GARY R. THOMAS, | ) |
| | ) |
| | )    2:07-cv-1249-RLH-VPC |
| | )    (Eastern District of California) |
| Plaintiff(s), | ) |
| | )    JUDGE ROGER L. HUNT |
| vs. | )    ORDER REGARDING TRIAL |
| | )    *AMENDED* |
| J. NEVES, *et al.*, | ) |
| | ) |
| Defendant(s), | ) |

*Important note*: **Specific instructions regarding the submission of trial document by the *pro se* litigant will be provided by subsequent order or by the Court at the time of calendar call.**

    1. Attached hereto is a list of the civil and criminal cases that are presently scheduled for the *stacked* trial calendar before the **Honorable Roger L. Hunt, Chief United States District Judge, at Las Vegas, Nevada**, commencing on **MONDAY, JUNE 21, 2010 at 8:30 a.m.** (The instant case shall commence on **MONDAY, JUNE 21, 2010 at 8:30 a.m., Courtroom #3, 15th Floor, United States Courthouse, 501 I Street, Sacramento, California.**

    2. Counsel for all parties in civil and criminal cases, and all pro se parties, shall appear in Courtroom Number #6C on **WEDNESDAY, JUNE 16, 2010 at 8:45 a.m.** for Calendar Call. (The parties in the instant case may appear telephonically. The Assistance Attorney General shall forthwith contact KANDY CAPOZZI, Courtroom Administrator, at 702- 464-543 for further details.) Unless a party in a civil case or a defendant in a criminal case is appearing pro se, the

Rev.2/02

individual parties in civil cases and defendants in criminal cases will not be required to appear for Calendar Call unless the Court directs otherwise.

3. Counsel or their clients will be excused from Calendar Call if settlement papers have been filed in a civil case or a defendant's plea of guilty or nolo contendere has been received in a criminal case prior to the date scheduled for Calendar Call.

4. **At Calendar Call**, all cases that remain to be tried will be ranked in order of trial. The Court may also schedule a final Pretrial Conference to address outstanding issues including any Motions *In Limine* that have not been previously ruled upon. Thereafter, the Court will not grant a continuance to any party absent a showing of good cause. Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS'** notice from the Courtroom Administrator.

5. **CHANGE OF PLEA HEARINGS IN CRIMINAL CASES**. Hearings for the purpose of **change of plea** in criminal cases will be set for **CALENDAR CALL** unless otherwise set. It shall be the joint responsibility of counsel for Plaintiff United States and for the Defendant to ensure that the original plea agreement is delivered to Courtroom Administrator, and a copy faxed to chambers at 464-5531 by 4:00 p.m. on the day prior to when the plea of guilty or nolo contendere is to be taken. It shall further be the responsibility of counsel for Plaintiff United States to ensure that any necessary Produce Orders or Writs of Habeas Corpus Ad Prosequendum are timely delivered to the United States Marshal to ensure the presence of all in-custody defendants for change of plea, and to ensure proper notification for the attendance of any court interpreter which may be required for the particular case.

6. **WITNESSES**. Counsel and any parties appearing pro se, shall immediately subpoena all witnesses for the time and trial date as listed above. Inasmuch as some cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions prior to appearing for trial. Witnesses are not required to be present at the Calendar Call.

7. **USE OF EVIDENCE DISPLAY EQUIPMENT**. Counsel wishing to utilize the court's evidence display equipment must contact the Courtroom Administrator *prior to Calendar Call* to

1  determine its availability and to arrange for training, if needed.

2      8**. EXHIBITS**. **At Calendar Call**, any party appearing pro se shall file with the Courtroom
3  Administrator in every civil and criminal case, *a complete exhibit list of all exhibits that are*
4  *intended to be used during the trial.* **No later than Noon (12:00 p.m.) on the day of Calendar**
5  **Call** *counsel shall electronically file their complete exhibit list. Numerals* shall be used to identify
6  all exhibits. Plaintiff's exhibits shall be marked 1 through 500. Defendant's exhibits shall be marked
7  501 through 1000. The exhibits list format shall conform to the requirements of the form provided
8  by the Courtroom Administrator or obtained from the Court's website *www.nvd.uscourts.gov*.

9      *Each exhibit shall be pre-marked with an exhibit sticker.* In any case which involves fifteen
10 or more document exhibits, the pre-marked exhibits shall be placed in a loose-leaf binder behind a tab
11 noting the number of each exhibit and each exhibit shall be pre-marked with an exhibit sticker. The
12 binder shall be clearly marked on the front and side with the case caption and number and the sequence
13 of exhibits. If oversized binders are used, the holes in the documents shall be large-sized so that the
14 pages may be easily turned. At the commencement of trial, counsel shall provide the Courtroom
15 Administrator with the binder containing the exhibits and a courtesy set for the trial judge. *If it is*
16 *necessary to use more than three binders, the party shall contact the Courtroom Administrator* ***prior***
17 ***to Calendar Call for additional directives.***

18     9. **PROPOSED JURY VOIR DIRE QUESTIONS**. **At Calendar Call**, any party appearing pro se
19 shall file with the Courtroom Administrator an original and one copy of any proposed jury voir dire questions
20 which they request the Court to pose to prospective jurors at the time of jury selection. **No later than Noon**
21 **(12:00 p.m.) on the day of Calendar Call** *counsel shall electronically file* their proposed jury voir dire
22 questions.

23     10**. WITNESS LISTS**. **At Calendar Call**, any party appearing pro se shall file with the
24 Courtroom Administrator a list of witnesses expected to be called. **No later than Noon (12:00**
25 **p.m.) on the day of Calendar Call** *counsel shall electronically file* a list of witnesses expected to
26 be called for use by the Court during jury selection.

27     11. **STATEMENT OF THE CASE.** **At Calendar Call,** any party appearing pro se in a
28 civil case shall file with the Courtroom Administrator a brief statement of the case, no longer than

Rev.2/02     - 3 -

1  one-half page, stating the nature of the claims and offenses, to be read to prospective jurors at the
2  time of jury selection.  **No later than Noon (12:00 p.m.) on the day of Calendar Call** *counsel shall*
3  *electronically file their brief statement of the case.*  In a criminal case, a copy of the Indictment,
4  indicating which portions should be read to the jury, should be submitted to the Courtroom
5  Administrator **at Calendar Call**.

6  12. **JURY INSTRUCTIONS IN CRIMINAL CASES**.  Counsel are to comply with the
7  "Order Regarding Pretrial Procedure."  **No later than Noon (12:00 p.m.) on the day of Calendar**
8  **Call**, **counsel are required to electronically file proposed jury instructions and email a copy**
9  **in WordPerfect format to chambers at RLH_Chambers@nvd.uscourts.gov**.  The parties are
10 further advised that the undersigned district judge has developed his own "stock" or "general" jury
11 instructions drawn principally from the **Manual of Model Criminal Jury Instructions for the**
12 **Ninth Circuit.** Proposed Instructions submitted by counsel  need not include the Court's "stock"
13 jury instructions.

14 13. **GOVERNMENT'S TRIAL MEMORANDUM**.  In all criminal cases, Plaintiff United
15 States shall submit its original **Government's Trial Memorandum** under seal **at Calendar Call**
16 and shall also provide a reading copy for the court.  The Government's Trial Memorandum shall be
17 served on counsel for Defendant on the date trial commences and will be unsealed and filed by the
18 Court at that time.

19 14. **JURY INSTRUCTIONS IN CIVIL CASES**.  In all civil cases to be tried before a jury,
20 counsel and any parties appearing pro se are required to jointly *electronically file* one set of agreed-
21 upon jury instructions and form of verdict **no later than noon (12:00 p.m.) on the day of Calendar**
22 **Call**.  To meet this requirement, the parties are required to serve their proposed jury instructions
23 upon each other at least two weeks prior to trial and file those with the Court on the date indicated
24 in the Pretrial Order;  and to thereafter confer to arrive at a single set of jointly agreed upon jury
25 instructions.  To  the extent the parties are unable to agree as to the form of any particular
26 instruction(s), each party shall also file the jury instruction(s) which are not agreed upon together
27 with the respective arguments and authorities of the parties in support thereof.

28 The parties are further advised that the undersigned district judge has developed his own

1 "stock" or "general" jury instructions drawn principally from the **Manual of Model Civil Jury**
2 **Instructions for the Ninth Circuit.** Proposed instructions submitted by counsel need not include
3 the Court's "stock" instructions. Therefore, the efforts of the parties in preparing the jury
4 instructions in compliance with this Order should be focused on developing special jury
5 instructions which relate to the particular claims and defenses at issue as well as those relating to
6 damages and any special evidentiary matters pertinent to the case. All proposed jury instructions
7 submitted by the parties should be concise, understandable, and <u>neutral</u> statements of law.
8 Argumentative jury instructions are improper, will not be given, and should not be submitted.
9 **Additionally, counsel shall** *<u>email a copy of all proposed jury instructions in WordPerfect format</u>*
10 *<u>to chambers at</u>* **RLH_Chambers@nvd.uscourts.gov**.

11       15**. TRIAL BRIEFS, PROPOSED FINDINGS OF FACT AND CONCLUSIONS**
12 **OF LAW.** To the extent they have not already done so in accordance with the Court's Joint
13 Pretrial Order, any party appearing pro se shall file an original and two copies of a trial brief in all
14 civil cases **at Calendar Call**. **No later than noon (12:00 p.m.) on the day of Calendar call,**
15 *counsel shall electronically file* their trial brief. Additionally, in all civil cases to be tried before the
16 court sitting without a jury, the parties shall electronically file proposed Findings of Fact and
17 Conclusions of Law **no later than noon (12:00 p.m.) on the day of Calendar Call**.

18       16. **EXPEDITED OR DAILY TRANSCRIPTS.** Any party that will require expedited or
19 daily transcripts shall *notify the Court Reporter, Heather Newman, at 702-464-5828 <u>immediately</u>*
20 *<u>upon receipt of this order.</u>* **Failure to timely notify the Reporter may result in the refusal to**
21 **provide expedited or daily transcripts.**

22       17. **SANCTIONS**. As provided for under the Local Rules of Practice of this Court, the Court
23 will consider the imposition of sanctions against any attorney or party appearing pro se who: (1) fails
24 to timely file trial briefs, suggested voir dire questions and proposed jury instructions or proposed
25 findings of fact and conclusions of law, whichever is applicable, as prescribed by the Pretrial Order,
26 Order Regarding Pretrial Procedure, Scheduling Order or any order extending the time for such
27 filings; (2) fails to comply with the provisions of this order including, but not limited to, the failure
28 to appear for Calendar Call without first having been excused by the Court or the clerk with the

permission of the Court; or (3) fails to timely comply with any other order that schedules deadlines for trial preparation.

18. **TRIAL JUDGE**. Although the cases listed on the attached trial calendar are assigned to the undersigned, the cases may proceed to trial before another Nevada district judge or a visiting district judge.

19. **CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE**. All parties in civil actions are reminded of their right, subject to the approval of the undersigned, to consent to trial before a United States Magistrate Judge pursuant to Title 28, United States Code, Section 636(c)(2). The right to proceed before a magistrate judge in a civil case includes those cases which will be tried before a jury as well as those cases to be tried before the Court sitting without a jury. Any appeal from a judgment resulting in a trial before a magistrate judge shall be taken directly to the United States Court of Appeals.

19. **CONTACT PERSON.** All questions and information regarding the trial calendar are to be directed to KANDY CAPOZZI, Courtroom Administrator, at 702- 464-5432.

20. **THE DATE** of the Clerk's file mark shall constitute the date of this Order.

IT IS SO ORDERED.

                                           /S/
                        ROGER L. HUNT, U.S. District Judge

TRIAL CALENDAR OF THE HONORABLE ROGER L. HUNT, CHIEF UNITED STATES DISTRICT JUDGE, AT LAS VEGAS, NEVADA, COMMENCING ON **MONDAY, JUNE 21, 2010 AT 8:30 A.M.,** WITH CALENDAR CALL SET FOR **WEDNESDAY, JUNE 16, 2010 AT 8:45 A.M.**, COURTROOM 6C.

---

1. 2:09-cr-192-RLH-RJJ

   UNITED STATES OF AMERICA
   vs.
   JESUS ISAIAS CASTRO-HERRERA                         CUSTODY

   Jury Trial (Estimated __ Day)

   1-Count Indictment:
   8 USC § 1326

   **For Plaintiff:**
   Robert Bork, AUSA
   Christina Brown, AUSA
   Kimberly Frayn
   388-6336

   **For Defendant:**
   Peter Christiansen, Appointed
   240-7979

   *Spanish Interpreter Required*

---

2. 2:09-cr-401-RLH-LRL

   UNITED STATES OF AMERICA
   vs.
   WILLIAM SETH POWELL                                 PR BOND
   aka Jack Powell

   Jury Trial (Estimated __ Day)

   5-Count Indictment:
   18 USC §§ 1028A(a)(1) and (c)(5)

   **For Plaintiff:**
   Kimberly Frayn, AUSA
   388-6336

   **For Defendant:**
   Michael Cristalli , Retained
   386-2180

---

3. 2:09-cr-518-RLH-LRL

   UNITED STATES OF AMERICA
   vs.
   JOSE VINCENTE MARQUEZ-ACOSTA                        CUSTODY

   Jury Trial (Estimated __ Day)

   2-Count Indictment:
   21 USC §§ 846, 841(a)(1) and (b)(1)(A)(viii)

   **For Plaintiff:**
   Pamela Martin, AUSA
   388-6336

   **For Defendant:**
   Paul Riddle, AFPD
   388-6577

---

4. 2:10-cr-111-RLH-RJJ

   UNITED STATES OF AMERICA
   vs.
   ANTONIO TEJADA-DAMAZO                               CUSTODY

   Jury Trial (Estimated __ Day)

   1-Count Indictment:
   8 USC § 1326

   **For Plaintiff:**
   Robert Bork, AUSA
   An Nguyen, AUSA

   **For Defendant:**
   Todd Leventhal, Appointed
   384-1990

| TRIAL CALENDAR | |
|---|---|
| **June 21, 2010** | **PAGE 2** |

| 5. 2:10-cr-161-RLH-LRL | UNITED STATES OF AMERICA |
| | vs. |
| | CARLOS CORDOVA-RIVERA         CUSTODY |

Jury Trial (Estimated __ Day)              1-Count Indictment:
                                           8 USC § 1326

**For Plaintiff:**                          **For Defendant:**
Robert Bork, AUSA                           Renee Valladares, AFPD
An Nguyen, AUSA                             388-6577

*Spanish Interpreter Required*

---

| 6. 2:10-cr-164-RLH-LRL | UNITED STATES OF AMERICA |
| | vs. |
| | JOSE OCHOA-GONZALEZ           CUSTODY |

Jury Trial (Estimated __ Day)              1-Count Indictment:
                                           8 USC § 1326

**For Plaintiff:**                          **For Defendant:**
Robert Bork, AUSA                           Todd Leventhal, Appointed
An Nguyen, AUSA                             384-1990
388-6336

*Spanish Interpreter Required*

---

| 7. 2:10-cr-167-RLH-PAL | UNITED STATES OF AMERICA |
| | vs. |
| | KORTNEY JOHNSON               PR BOND |

Jury Trial (Estimated __ Day)              1-Count Indictment:
                                           18 USC §§ 922(g)(1) and 924(a)(2)

**For Plaintiff:**                          **For Defendant:**
Lucas Foletta, AUSA                         Paul Riddle, AFPD
388-6336                                    388-6577

| TRIAL CALENDAR | |
|---|---|
| **June 21, 2010** | **PAGE 3** |

| 8. 2:10-cr-186-RLH-LRL | UNITED STATES OF AMERICA |
| | vs. |
| | GLADYS MCGARRY                                      PR BOND |

Jury Trial (Estimated __ Day)          1-Count Indictment:
                                        18 USC § 501

**For Plaintiff:**                      **For Defendant:**
Lucas Foletta, AUSA                     Michael Pariente, Retained
388-6336                                966-5310

---

| 9. 2:10-cr-208-RLH-PAL | UNITED STATES OF AMERICA |
| | vs. |
| | CARLOS ALBERTO SENDEROS                              CUSTODY |

Jury Trial (Estimated __ Day)          1-Count Indictment:
                                        8 USC § 1326

**For Plaintiff:**                      **For Defendant:**
An Nguyen, AUSA                         Brenda Weksler, AFPD
Robert Bork, AUSA                       388-6577
388-6336
*Spanish Interpreter Required*

---

| 10. 2:07-cv-1249-RLH-VPC | GARY R. THOMAS |
| Trial in Sacramento, CA 6/21/2010 | vs. |
| | J NEVES, et al., |

Jury Trial (Estimated __ Day)           Complaint - 1983 Civil Rights

**For Plaintiff:**                      **For Defendant:**
Gary Thomas, Pro Se                     Philip Arthur
                                        916-322-0032

---

| 11. 08-cv-1298-RLH-PAL | JOHN BEESON |
| | vs |
| | UNITED STATES OF AMERICA |

Bench Trial (Estimated __ Day)          Complaint - IRS Tax Refund

**For Plaintiff:**                      **For Defendants:**
Thomas Crowe                            Andy Camacho
794-0373                                202-307-1481

**TRIAL CALENDAR**
**June 21, 2010** **PAGE 4**

| | |
|---|---|
| 12.  2:09-cv-164-RLH-GWF | WACHOVIA BANK, N.A. |
| | vs. |
| | CHAPARRAL CONTRACTING, INC., et al., |
| Bench Trial (Estimated _ Day) | Complaint - Breach of Contract |

**For Plaintiff:**      **For Defendants:**
Michael Stein      Chris McCullough
Andrew Sedlock      385-7383
784-5200

     Jon Field
     489-4440

| | |
|---|---|
| 13. 2:09-cv-1946-RLH-LRL | USA COMMERCIAL MORTGAGE CO., et al., |
| | vs. |
| | Stanley Fulton |
| Jury Trial (Estimated _ Day) | Bankruptcy Appeal |

**For Appellant:**      **For Appellee:**
Allan B Diamond      John O'Reilly 382-2500
Michael Yoder      Tim O'Reilly
Steven Loden      Steven Katzman 949-369-3700
Jacob Roberts 713-333-5100

Eric Madden 214-389-5300

Rob Charles 949-8320